IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR193 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS VARGAS-CASTILLO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the parties' oral request to continue the in court hearing,

IT IS ORDERED:

1) The defendant's In Court Hearing is continued to August 12, 2011 at 10:00 a.m.

2) The ends of justice served by granting the parties' request to continue the In Court Hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the In Court Hearing, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that parties' require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 13th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge