IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR193 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JESUS VARGAS-CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by attorney John Vanderslice, (filing no. 26), is granted.

2) Defendant Vargas-Castillo's newly retained counsel, Tim Sullivan, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Mr. Vanderslice and the Federal Public Attorney's office from any future ECF notifications herein.

August 3, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge